[No. 17646-1-III.   Division Three.   September 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS A. TREVINO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01257-1, Salvatore F. Cozza, J., entered June 15, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 18296-7-III.   Division Three.   September 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EPHRAIM SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00433-6, Donald W. Schacht, J., entered March 1, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18146-4-III.   Division Three.   September 12, 2000.]

PAMELA SHUPE, *Appellant*, v. EFFIE JEAN KETTING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-01087-5, Vic L. VanderSchoor, J., entered December 14, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18641-5-III.   Division Three.   September 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00142-1, Philip M. Raekes, J., entered August 6, 1999. *Affirmed* by unpublished per curiam opinion.